# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESMOND QUINNTRAIL HAYES,<br><br>Defendant. | 3:13-CR-0007-RCJ-(WGC) |

**ORDER**

Based upon the Government's Motion to Amend the Amount of Restitution Due and Payable by Defendant, and for good cause shown, it is hereby ORDERED that the Defendant shall pay $11.30 in restitution to the Red Hut Café and $796 to Walgreens. This final restitution figure will be included in and made part of the judgment.

Dated: October 7, 2014

_____
UNITED STATES DISTRICT JUDGE

DANIEL G. BOGDEN
United States Attorney
WILLIAM R. REED
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
Phone: (775) 784-5438
Fax: (775) 784-5181
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESMOND QUINNTRAIL HAYES,<br><br>Defendant. | Case No. 3:13-cr-0007-RCJ-(WGC)<br><br>GOVERNMENT'S INDEX OF EXHIBITS SUPPORTING MOTION TO AMEND AMOUNT OF RESTITUTION DUE AND PAYABLE BY DEFENDANT |

INDEX OF EXHIBITS

Exhibit A, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Reno Police Dept. property receipt

1

# Exhibit A



**RENO POLICE DEPARTMENT**
**RECEIPT FOR PROPERTY** *(RECIBO DE SU PROPIEDAD)*

| DATE *(FECHA)*: 10/2/14 | CASE NO *(NUMERO DEL CASO)*: 13-156 |
|---|---|

RECEIVED FROM *(RECIBIDO DE)*: Red Hut Cafe - Mary Gross

ADDRESS *(DIRECCIÓN)*:

ITEMS AS LISTED *(ARTICULOS SEGÚN LO ENUMBERADO)*:

US Paper Currency — $603.00
US Coin Currency — $ 35.70
TOTAL $ 638.70

| RELEASED BY *(DUEÑO DE LA PROPIEDAD)*: Mary Gross | OFFICER *(OFICIAL)*: Milligan #4468 |
|---|---|

WHITE (CASE COPY) • YELLOW (RELEASOR'S COPY)
(BLANCO (COPIA DEL CASO) • AMARILLO (COPIA DE EL DUEÑO DE LA PROPIEDAD)

3/06