1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9   UNITED STATES,                          )
                                            )
10              Plaintiff,                   )
                                            )
11       vs.                                )          3:13-cr-00007-RCJ-WGC
                                            )
12   DESMOND HAYES,                         )          **ORDER**
                                            )
13              Defendant.                  )
                                            )
14   _____       )

15          The Government filed two additional motions regarding Defendant's motion for

16   compassionate release (ECF No. 78). (ECF Nos. 87, 88). The Court has already issued an order

17   denying Defendant's motion but did not address the Government's motions. (ECF No. 92.) The

18   Government sought to supplement its response to Defendant's motion by updating the Court

19   regarding Defendant's vaccination status and to waive one of its arguments. To supplement the

20   record, the Government sought to introduce Defendant's medical records under seal. The Court

21   denies these two motions as moot and notes that the Court did not rely on the Government's now-

22   waived argument.

23   ///

24   ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**CONCLUSION**

IT IS HEREBY ORDERED that Motion for Leave to Supplement (ECF No. 87) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Motion to Seal (ECF No. 88) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated September 8, 2021.

_____
ROBERT C. JONES
United States District Judge